**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ALICE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DTG HOLDINGS, INC., d/b/a | ) |
| ACCESS RECEIVABLES MANAGEMENT, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

## INTRODUCTION

1.     Plaintiff Alice Jones brings this action to secure redress from unlawful credit and collection practices engaged in by defendant DTG Holdings, Inc., d/b/a Access Receivables Management.  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## VENUE AND JURISDICTION

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28  U.S.C. §1331 and 28 U.S.C. §1337.

3.     Venue and personal jurisdiction in this District are proper because:

a.     Defendant's collection communications were received by plaintiff within this District;

b.     Defendant does or transacts business within this District.

## PARTIES

4.     Plaintiff Alice Jones  is an individual who resides in the Northern District of Illinois.

5.     Defendant DTG Holdings, Inc., d/b/a Access Receivables Management, is a Maryland corporation with offices at 200 E. Joppa Road, Suite 310, Towson, MD 21286-3108.  Its registered agent is CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

6.      DTG Holdings, Inc., d/b/a Access Receivables Management is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7.      DTG Holdings, Inc., d/b/a Access Receivables Management is a debt collector as defined in the FDCPA.

## FACTS

8.      Defendant is seeking to collect from plaintiff an alleged debt incurred for personal, family or household purposes.  (Plaintiff disputes the debt.)

9.      On March 9, 2011, plaintiff sent defendant the letter attached as Exhibit A, asking that defendant cease contacting plaintiff.

10.     On March 25, 2011, defendant left the following message for plaintiff on her voicemail:

> Hello, did you know that tax time in the best time to pay off your bills? This is DTG Holdings, Inc., d/b/a Access Receivables Management, calling for Alice Jones, regarding a letter recently mailed to this address. We want you to know that you can resolve your account online at  www.2mybill.com.
>
> You can log onto your personal account using your access ID number: 1560130 and your mailing zip code: 60504. Please visit www the number 2, my bill .com. You may also call our office to personally speak to a representative at 1-877-276-8600.
>
> Thank you

11.     The number 877-276-8600 and web site listed are used by defendant.

12.     Plaintiff has received other calls from defendant as well, including three during the week of May 9, 2011.

## COUNT I  – FDCPA

13.     Plaintiff incorporates paragraphs 1-12.

.       14.     Defendant violated 15 U.S.C. §1692c by continuing to contact plaintiff.

15.     Section 1692c provides:

**§ 1692c.       Communication in connection with debt collection [Section 805 of P.L.]**

. . . (c) **Ceasing communication**--If a consumer notifies a debt collector in writing

2

that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except–

> (1)     to advise the consumer that the debt collector's further efforts are being terminated;
>
> (2)     to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or
>
> (3)     where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

If such notice from the consumer is made by mail, notification shall be complete upon receipt.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

> (1)     Statutory damages;
>
> (2)     Attorney's fees, litigation expenses and costs of suit;
>
> (3)     Such other and further relief as the Court deems proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
        & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\25694\Pleading\Complaint_Pleading.WPD

3

## VERIFICATION

The undersigned hereby declares under penalty of perjury, as provided for by 28 U.S.C. 1746, that the facts stated in the foregoing complaint are true.

Executed at Aurora, Illinois on June 3 , 2011.

_____
Alice Jones

4

## <u>NOTICE OF LIEN AND ASSIGNMENT</u>

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

<u>s/Daniel A. Edelman</u>
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

EXHIBIT A

Alice Jones



March 9, , 2011

Redacted

Access Receivables

200 E Joppa Rd # 310
Baltimore, MD 21286-310

Dear Access Receivables:

You are hereby notified under provisions of **Public Laws 95-109 and 99-361**, also known as the ___Fair Debt Collection Practices Act___, that your services are no longer desired.

You and your organization must **CEASE & DESIST** all attempts to collect the above debt. Failure to comply with this law will result in my immediately filing a complaint with the Federal Trade Commission and the **Illinois** Attorney General's office. I will pursue all criminal and civil claims against you and your company.

Your company has, after notice was given, my home ████████████ and ignored request to Cease & Desist. I have asked you to validate the matter, and to send me a statement, which you have not. As of the above date, I have not received anything from you. .

Furthermore, if any negative information is placed on my credit bureau reports by your agency after receipt of this notice, this will cause me to file suit against you and your organization, both personally and corporately, to seek any and all legal remedies available to me by law.

Sincerely,

Alice Jones